

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Specialized Loan Servicing LLC

---

In Re:
  Alliano, Denise M. aka Denise M. Hunter

**Order Filed on August 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 18-11384 ABA

Chapter: 13

Hearing Date: 08/13/2019

Judge: Andrew B. Altenburg Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 6, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of <u>Specialized Loan Servicing LLC</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■     Real Property More Fully Described as:

**Land and premises commonly known as Lot 19, Block 29,     407 Lincoln Avenue, Collingswood NJ 08108**

☐     Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its

rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies

including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially

pursuing other loss mitigation alternatives, including, but not limited to, a loan modification,

short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's

Sale (or purchaser's assignee) may take any legal action for enforcement of its right to

possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 7/12/16*