Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−11384−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Denise M. Alliano
aka Denise M. Hunter
407 Lincoln Ave
Collingswood, NJ 08108

Social Security No.:
xxx−xx−7033

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/17/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 17, 2020
JAN: bc

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 18-11384-ABA
Denise M. Alliano                                                   Chapter 13
      Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-1            User: admin                 Page 1 of 2           Date Rcvd: Jul 17, 2020
                                Form ID: 148                Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2020.
db             +Denise M. Alliano,    407 Lincoln Ave,    Collingswood, NJ 08108-1625
517292146      +ABC Bail Bonds,    Attn: Morgan, Bornstein & Morgan,     1236 Brace Road, Ste K,
                 Cherry Hill, NJ 08034-3229
517292147      +Arrow Financial Services,     5996 W Touhy Ave,    Niles, IL 60714-4610
517292152     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,   COMMACK NY 11725-9030
                 (address filed with court: Forster, Garbus & Garbus,      60 Motor Parkway,   Commack, NY 11725)
517292154      +Lyons, Doughty & Veldhuis, PC,     PO Box 1269,    Mount Laurel, NJ 08054-7269
518585830      +MEB Loan Trust IV,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
                 Salt Lake City, UT 84119-3284
518585831      +MEB Loan Trust IV,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
                 Salt Lake City, UT 84115,   MEB Loan Trust IV,     84119-3284
517292157      +Mr. Cooper,   PO Box 650783,    Dallas, TX 75265-0783
517292158      +Office of the Public Defender,     P.O. Box 850,    Trenton, NJ 08625-0850
517292159      +Powers Kirn, LLC,    728 Marne Highway, Ste 200,    Moorestown, NJ 08057-3128
517376651      +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2020 02:52:28     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2020 02:52:22     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517292148      +EDI: BANKAMER.COM Jul 18 2020 05:38:00      Bank Of America,    Correspondence FL-1-908-01-49,
                 Po Box 31785,   Tampa, FL 33631-3785
517431400       EDI: BANKAMER.COM Jul 18 2020 05:38:00      Bank of America, N.A.,    Bank of America,
                 P.O. Box 31785,   Tampa, FL 33631-3785
517292150       EDI: CAPITALONE.COM Jul 18 2020 05:38:00     Capital One,    Po Box 85015,   Richmond, VA 23285
517292149      +EDI: CAPITALONE.COM Jul 18 2020 05:38:00     Capital One,    Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
517292151      +EDI: CAPITALONE.COM Jul 18 2020 05:38:00     Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
517397321       EDI: BL-BECKET.COM Jul 18 2020 05:43:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517292153      +E-mail/Text: bncnotices@becket-lee.com Jul 18 2020 02:51:04     Kohls/Capital One,
                 Po Box 3120,   Milwaukee, WI 53201-3120
517292156      +EDI: MID8.COM Jul 18 2020 05:38:00     Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517292160      +EDI: RMSC.COM Jul 18 2020 05:43:00     Syncb/toysrus,    Attn: Bankrupty,   Po Box 103104,
                 Roswell, GA 30076-9104
517293598      +EDI: RMSC.COM Jul 18 2020 05:43:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517419090      +EDI: RMSC.COM Jul 18 2020 05:43:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
517292161      +EDI: RMSC.COM Jul 18 2020 05:43:00     Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
517407643      +EDI: AIS.COM Jul 18 2020 05:38:00     Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517292155*     +Lyons, Doughty & Veldhuis, PC,    PO Box 1269,    Mount Laurel, NJ 08054-7269
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Jul 17, 2020
                               Form ID: 148             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2020 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing LLC
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Denise M. Alliano ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 7
```